IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lia Miljour, | No. CV-13-00041-PHX-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| Compass Bank d/b/a BBVA Compass; and Equifax Information Services, LLC, | |
| Defendants. | |

Pursuant to the parties' stipulations for dismissal (Docs. 19 and 20), and good cause appearing,

IT IS ORDERED this case is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

DATED this 5th day of April, 2013.

Roslyn O. Silver
Chief United States District Judge